# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**WILLIAM DAVIS,**
    **Plaintiff,**

**v.**                               **Case No.: 4:26cv28/MCR/MAF**

**RICKY DIXON, et al.,**
    **Defendants.**
_____/

## ORDER

The magistrate judge issued a Report and Recommendation dated June 25, 2026 (Doc. 9). The Court furnished the Plaintiff a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.	The magistrate judge's Report and Recommendation (Doc. 9) and is adopted and incorporated by reference in this Order.

2.	 The motion for preliminary injunction (Doc. 9) is **DENIED**.

3.	This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 3rd day of August 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**